# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BRAD LEROY B.,

                Plaintiff,                24 **CIVIL** 9490 (GRJ)

    -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 14, 2025, Plaintiff's Motion for Judgment on the Pleadings is DENIED and this case is DISMISSED; accordingly, this case is closed.

**Dated:** New York, New York

      August 15, 2025

                                                        **TAMMI M. HELLWIG**

                                                            **Clerk of Court**

                                **BY:**

                                                          **Deputy Clerk**